[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED
KL
5/8/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

20-CV-2868
JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ
PC5

Deltric Darnell Smith

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Country Club Hills Police Department And Ofc. Frazier #40

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Deltric Darnell Smith

   B. List all aliases: none

   C. Prisoner identification number: Y32487

   D. Place of present confinement: Hill Correction

   E. Address: 600 Linwood Road Galesburg P.o. box 1700 IL

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Ofc. Frazier #40
      Title: Peace officer
      Place of Employment: Country Club Hills Police Department

   B. Defendant: Country club Hills Department Police Station
      Title: Service Department
      Place of Employment: Police Station Department

   C. Defendant: 3700 W 175th Pl country club Hills IL 60478
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Didn't know as of rite now

B. Approximate date of filing lawsuit: 10/10/2018 2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Deltric Smith

D. List all defendants: Cook county Department of Correction

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): the District Court United States

F. Name of judge to whom case was assigned: Hart

G. Basic claim made: failure to protect

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): it was Dismissed

I. Approximate date of disposition: None

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: don't know rite now

B. Approximate date of filing lawsuit: 10/20/2018

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: none

D. List all defendants: Cook county Jail

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook

F. Name of judge to whom case was assigned: Hart

G. Basic claim made: failure to Protect

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): it was dismissed

I. Approximate date of disposition: none

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 19, 2018 I was in a domestic dispute with a family member which I Deltric Smith was assulted so I called the police station to inform them of the assult than they showed up to my place of resident and I inform them of what had happen they wouldn't let me press charges at all than officer Frazier told me to come outside to talk to him which we had some words with each other I was assulted with a picture frame than he told me I had to leave the house and I was the one assulted than I was about to go back in the house because I lived they than as I was going in the house ofc Frazier grab me very roughly and throw me to the ground putting hand cuffs on me as I hit the ground all I could do is see stars from hitting the ground so hard than he picked me up then shoved me into his squad car I was badly hurting at that point. He than took me to the police station

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in told me I would be charged with Disorderly Conduct I called an I had been assulted than lied and said I made a statement that I was being held hostage with injuries I never made to statement that I was being held hostage with injuries I said I was assulted by a family member than as I was being taken to country club Hills Police station for booking I was in Pain I was telling the arresting officer I was in Pain in I needed medical attendtion he started laughing in telling me no I didn't and I was lieing so when I got to the Police Station I told another officer and they called EMS were they came and took me to south Suburban Hostpial were they did x Rays And I had two broken Rips on my right side of my body my nine an tenth rib was broken they gave me a eye bond on the case later the case was thrown out in court I was false arrested for a crime I didnt do at all In I ended up with two broken Ribs and I can't work because of the Pain I was Put in the news Paper because of the arrest My name was slender I lost wages because I can't work was pain and suffering emotional distress defamed

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to find me not at fault of disorderly conduct in find the police at find fault for making a false arrest I would like to get a Compensation one point five million dollars & 1.5 million dollars for pain and suffering defaming reputation slendering emotional distress lost of wages

VI. The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this April day of 24, 2020

Deltric Smith

(Signature of plaintiff or plaintiffs)

Deltric Smith
(Print name)

Deltric Smith
(I.D. Number) Y32487

17471 parklane Country club Hills IL 60478

(Address)