Dettric Smith
ED Y32487
P.O. box.1700
Galesburg IL 61402
600 Linwood Road



United States District Court
219 South Dearborn 20th floor
Chicago IL. 60604

THIS CORRESPONDENCE IS FROM
AN INMATE IN THE ILLINIOS
DEPARTMENT OF CORRECTIONS

LEGAL MAIL

**20-CV-2868**

JUDGE PALLMEYER
MAGISTRATE JUDGE VALDEZ
PC5