303-1097                          JJM                          #35665

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTER DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DELTRIC DARNELL SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.:   2020 cv 2868 |
| v. | ) |
| | ) |
| OFFICER FRAZIER, #40, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

To:   Mr. Deltric Darnell Smith
      Prisoner ID Y32487
      Hill Correction Center
      P.O. Box 1700
      600 Linwood Road
      Galesburg, IL 61401

PLEASE TAKE NOTICE that on August 11, 2020, we filed the Defendant's

Appearance, Answer to Complaint and Affirmative Defenses with the Clerk of the United

States District Court for the Northern District of Illinois, a copy of which is hereby served

upon you.

**LAW OFFICES OF JOHN J. MEEHAN, P.C.**
**120 N. LaSalle Street, Suite 2100**
**Chicago, Illinois  60602**
**(312) 332-6333**
**#6206105**

## PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that a copy of this Notice and the above-referenced documents were served by emailing and electronic service to the above attorneys as addressed on **August 12, 2020** before 5:00 p.m.

                              S:/John J. Meehan_____

1